It is ORDERED that the petition for certification is denied, with costs.

154 A.3d 679

DEBORAH ANDERSON, PLAINTIFF-PETITIONER, v. TARANCE BRYANT, DEFENDANT, AND CITY OF JERSEY CITY, AND JERSEY CITY POLICE DEPARTMENT, DEFENDANTS-RE-SPONDENTS.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-5423/5609-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

154 A.3d 679

GREEN TREE SERVICING, LLC, PLAINTIFF, v. KAREN BAREL, MR. BAREL, HUSBAND OF KAREN BAREL, ARIEL BAREL, ET AL., DEFENDANTS-PETITIONERS.

October 14, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000572-15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.